UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HECTOR N HUNT,                          )
                                        )
        Plaintiff,                      )
                                        )
        v.                              )        Case Number 1:21-cv-00762-AJT-MSN
                                        )
JOHN E. WHITLEY, *et al.*,              )
                                        )
        Defendant.                      )
_____)

## **ORDER**

This matter is before the Court on the Report and Recommendation [Doc. No. 5] of the Magistrate Judge recommending that the Court deny *pro se* Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Doc. No. 2]. The Magistrate Judge advised the parties that objections to the Proposed Findings of Fact and Recommendations must be filed within fourteen (14) days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the Court adopts the Magistrate Judge's Report and Recommendation [Doc. No. 5] and Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Doc. No. 2] be, and the same hereby is, **DENIED**; and it is further

ORDERED that Plaintiff pay the required filing fee payment within thirty (30) days from this order—i.e. no later than Wednesday, September 8, 2021—pursuant to this Court's Local Civil Rule 83.4 and if Plaintiff fails to do so, the clerk be, and the same hereby is, directed to **DISMISS** this action without prejudice.

1

**<u>This is a Final Order for purposes of appeal.</u>**  To appeal, Plaintiff must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order.  A written notice of appeal is a short statement stating a desire to appeal this Order and noting the date of the Order Plaintiff wants to appeal.  Plaintiff need not explain the grounds for appeal until so directed by the Court.

The Clerk is directed to forward copies of this Order to *pro se* Plaintiff Hector N Hunt, at the address listed in the Complaint, and to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 9, 2021